LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
LAW OFFICES OF LYNN HUBBARD, III
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:  (530) 895-3252
Fax:  (530) 894-8244

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SHERIE WHITE, | Case No. CIV.S.04-0137 LKK CMK |
|---|---|
| Plaintiff, | |
| v. | |
| FRANK BELSER INC. DBA FRANK'S BEACON SERVICE, et al., | **ORDER FOR DISMISSAL** |
| Defendant. | |

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S.04-0137 LKK CMK, is hereby dismissed with prejudice.

Dated: April 25, 2005.   /s/Lawrence K. Karlton
Lawrence K. Karlton
Senior Judge
United States District Court